ETTIE LIEBOWITZ, as Administratrix of the Estate of JULIUS LIEBOWITZ, Deceased, Appellant, *v.* DENISON REALTY CORPORATION, Respondent.

Argued March 1, 1938; decided March 15, 1938.

*Myron Wisoff* and *William S. Butler* for appellant.
*Bernard G. Barton* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.